# EXHIBIT D

LAW OFFICES OF
# ADAM S. COHEN
81 MAIN STREET, SUITE 300
WHITE PLAINS, NEW YORK 10601

(914) 421-0080
(718) 681-3907
FAX: (914) 421-0035

ADAM S. COHEN*

DONALD N. SILVERMAN
ROBIN A. BIKKAL
OF COUNSEL

*ADMITTED IN NY AND CT

1015 GRAND CONCOURSE
BRONX, NY 10452

9 W. PROSPECT AVENUE
MT. VERNON, NY 10550

April 30, 2002

Hon. Judith S. Kaye
Chief Judge, New York
Court of Appeals
20 Eagle Street
Albany, New York 10550
**Attn: Donald M. Sheraw, Clerk**

        Re: <u>People v. Lamont Devorce</u>
        Doc#: 97-08607
        Ind#: 96-01254

Dear Judge Kaye:

    I am Assigned Counsel for appellant Lamont Devorce in this matter. As such, I request that the Court of Appeals consider Mr. Devorce's application, pursuant to CPL Sec. 460.20 and McKinney's New York Rules of Court Sec. 500.10, for a certificate granting leave to appeal to the New York State Court of Appeals. No previous application has been made. Appellant does not request oral argument.

    A copy of the Order of the Appellate Division, Second Department and Defendant-Appellant's brief are annexed hereto.

    I would further request that the Court direct all future correspondence in this matter to myself at my White Plains office.

    I thank your Honor for your consideration.

                                Very truly yours,

                                Adam S. Cohen, Esq.

ASC/lr
encl.
cc:    Lamont Devorce
        Jeanine Ferris Pirro ✓

D1

COURT OF APPEALS
STATE OF NEW YORK
-------------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK,  :  Docket No.:1998-09529

                Respondent,  :  **APPLICATION FOR**
                                      :  **CERTIFICATE**
   -against-                           :  **GRANTING LEAVE**
                                        :  **TO APPEAL**

LAMONT DEVORCE  :

                Defendant-Appellant  :
-------------------------------------------------------------------X

       TO THE HONORABLE JUDITH S. KAY, CHIEF JUDGE OF THE COURT OF APPEALS FOR THE STATE OF NEW YORK:

     The above named defendant-appellant hereby respectfully prays for the issuance of a certificate pursuant to Section 460.20 of the Criminal Procedure Law of the State of New York granting permission to appeal and certifying that there is a question of law in the above entitled case which ought to be reviewed by the Court of Appeals, and allowing an appeal to the said Court from an Order of the Appellate Division, Second Department, entered on the 8th day of April, 2002 and served upon defendant-appellant by the Westchester County, District Attorney on the 24th day of April, 2002, which affirmed the judgement of the County Court of Westchester County, entered on the 15th day of September, 1998 convicting the defendant-appellant of the crimes of criminal possession of a weapon in the second degree, assault in the first degree, robbery in the First degree (twelve counts) and attempted robbery in the first degree (two counts), upon a jury verdict, and from each and every part of said order.

Dated: White Plains, New York
       April 30, 2002

                                                      Yours, etc.

                                                      Adam S. Cohen, Esq.
                                                      Attorney for Defendant-Appellant
                                                      81 Main Street, Suite 300
                                                      White Plains, New York 10601
                                                      (914) 421-0080

D 2

9478B
E/hu

_____ AD2d _____

Argued - January 4, 2002

NANCY E. SMITH, J.P.
GABRIEL M. KRAUSMAN
ROBERT W. SCHMIDT
BARRY A. COZIER, JJ.

1998-09529

The People, etc., respondent,
v Lamont Devorce, appellant.
(Ind. No. 97-00765)

DECISION & ORDER

Adam S. Cohen, Mount Vernon, N.Y., for appellant.

Jeanine Pirro, District Attorney, White Plains, N.Y. (Edward D. Salsaw and Richard E. Weill of counsel), for respondent.

Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered September 15, 1998, convicting him of criminal possession of a weapon in the second degree, assault in the first degree, robbery in the first degree (twelve counts), and attempted robbery in the first degree (two counts), upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

ORDERED that the judgment is affirmed.

The defendant's challenges to prospective jurors for cause were properly denied by the trial court because the jurors gave unequivocal assurances that they could set aside any bias and render an impartial verdict based upon the evidence (see People v Johnson, 94 NY2d 600).

The defendant failed to make a prima facie showing that the People's peremptory strikes were racially motivated pursuant to Batson v Kentucky (476 US 79). Although he alleged that the People had established a pattern of striking black jurors, he failed to cite any other facts or circumstances to support his claim of racial bias (see People v Bolling, 79 NY2d 317, 324; People v Cousin, 272 AD2d 477; People v Kourani, 256 AD2d 620; People v Williams, 253 AD2d 901; People v Morla, 245 AD2d 468).

April 8, 2002

PEOPLE v DEVORCE, LAMONT

Page 1.

D3

The stop of a vehicle in which the defendant was a passenger was based upon reasonable suspicion. The vehicle generally matched a description of a vehicle spotted close to the scene moments after the incident, there were few other vehicles on the road at that time of night, and it was spotted in close geographical and temporal proximity to the scene of the incident (*see People v Hicks*, 68 NY2d 234; *People v Flanagan*, 224 AD2d 633; *People v Bianchi*, 208 AD2d 551, *affd* 85 NY2d 1022).

The defendant's remaining contentions are either unpreserved for appellate review or without merit.

SMITH, J.P., KRAUSMAN, SCHMIDT and COZIER, JJ., concur.

ENTER:

James Edward Pelzer
Clerk

SIR:

PLEASE TAKE NOTICE that the within is a true copy of an order duty entered in the Office of the Clerk of Westchester County on the day of April, 2002

Dated: April 16, 2002

Yours, etc.

District Attorney of Westchester County

Office and Post Office Address:
Courthouse
White Plains, N.Y.

TO: Adam S. Cohen, Esq

SIR:

PLEASE TAKE NOTICE that the within order will be presented for settlement and signature to the Hon.................. one of the judges of the within named Court at the Courthouse, White Plains, N.Y. at 10 A.M. on the ............ day of ............, 2002.....

Dated ............. 2002

Yours, etc.

District Attorney of Westchester County
Office and Post Office Address:
Courthouse
White Plains, N.Y.

To.........................................................................Es

## SUPREME COURT OF THE STATE OF NEW YORK

---

### APPELLATE DIVISION
### SECOND JUDICIAL DEPT

The People Of The State of New York
Respondent,

-against-

Lamont Devource
Defendant-Appellant

### DECISION & ORDER

========================================

JEANINE PIRRO
District Attorney of Westchester County

Office and Post Office Address:
County Courthouse
111 Dr. Martin Luther King, Jr. Blvd.

White Plains, New York 10601

To: Adam S. Cohen, Esq